Robert Scobbie and Elaine Scobbie, Appellees, v. Ed. Burch, Appellant.

Gen. Nos. 44,724, 44,725.

opinion filed May 16, 1949; released for publication May 27, 1949. Wyatt Jacobs and Charles E. Heckler, for appellant; William H. Arpaia, for appellees. Opinion by JUSTICE NIEMEYER. Not to be published in full.